

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00224-CV

**ALLSTATE COUNTY MUTUAL INSURANCE COMPANY**,
Appellant

v.

Laura **WALKER**, Brian Briseno and Troy Pace, Jr.,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI06959
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: December 1, 2021

DISMISSED FOR WANT OF PROSECUTION

On September 15, 2021, we reinstated this appeal on our docket and ordered that appellant's brief was due no later than October 15, 2021. Neither the brief nor a motion for extension of time was filed. By order dated October 27, 2021, appellant was ordered to file its brief and to show cause in writing by November 12, 2021, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also id.* R. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with a court order). Appellant did not respond to this court's

order, and, to date, appellant has not filed a brief. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See id.* R. 38.8(a), 42.3(b).

PER CURIAM